IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JONATHAN GRANT DICK, <br> # 292461, <br><br> Plaintiff, <br><br> v. <br><br> B. WILSON, officer; DANIEL GAY, <br> Sgt.; and WEXFORD HEALTH <br> SOURCES, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

)  CASE NO. 2:21-CV-353-WKW
)              [WO]

## **ORDER**

On November 10, 2022, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 31.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED without prejudice.

DONE this 8th day of December, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE